UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM FERRIS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　　Defendants. | Case No.: 11-cv-01752-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff filed his complaint on April 8, 2011.  On July 29, 2011, Defendant County of Santa Clara filed a motion to dismiss for lack of standing and failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  *See* ECF No. 13.  Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on August 12, 2011.  On July 29, 2011, Defendants City of San Jose and San Jose Chief of Police Chris Moore filed a motion to dismiss for lack of subject matter jurisdiction and failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  *See* ECF No. 16.  Plaintiff's opposition was due August 19, 2011.  As of today, October 21, 2011, Plaintiff has not filed an opposition or statement of nonopposition to either of these motions to dismiss.

The Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute.  This Order does not authorize Plaintiff to file an untimely opposition to either of the motions to dismiss.  Plaintiff has until November 4, 2011 to file a response to this Order to

1

Show Cause.  A hearing on this Order to Show Cause is set for **November 16, 2011 at 2:00 P.M.** Plaintiff's failure to respond to this Order and to appear at the November 16, 2011 hearing will result in dismissal without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 21, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 11-cv-01752-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE