UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM FERRIS, ) | Case No.: 11-cv-01752-LHK |
| ) | |
| Plaintiff, ) | ORDER VACATING ORDER TO SHOW |
| v. ) | CAUSE HEARING AND SETTING |
| ) | MOTION TO DISMISS HEARING |
| CITY OF SAN JOSE, et al., ) | |
| ) | |
| Defendants. ) | |

After the Court issued the Order to Show Cause in this case, the Court received a copy of Plaintiff's opposition to Defendant County of Santa Clara's Motion to Dismiss and Defendant City of San Jose's Motion to Dismiss, which Plaintiff filed last night. Although Plaintiff's oppositions were due August 12, 2011, and August 19, 2011, respectively, the Court will consider Plaintiff's untimely filed opposition in light of his pro se status. Defendants shall have until November 4, 2011 to file their replies.

This Order moots the Order to Show Cause, and the Order to Show Cause hearing set for November 16, 2011 at 2:00 p.m. is accordingly VACATED. The case management conference and hearing on both motions to dismiss previously set for October 27, 2011 at 1:30 p.m. is hereby continued to November 16, 2011, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 21, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-01752-LHK
ORDER VACATING ORDER TO SHOW CAUSE HEARING AND SETTING MOTION TO DISMISS HEARING