United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SAM FERRIS, | ) | Case No.: 11-cv-01752-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| CITY OF SAN JOSE, | ) ) | |
| Defendant. | ) ) ) | |

The case management conference currently scheduled for Wednesday, March 7, 2012, at 2:00 p.m., is hereby continued to April 19, 2012, at 1:30 p.m., immediately following the hearings on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Plaintiff's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: March 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01752-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE