UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAM FERRIS,<br><br>          Plaintiff,<br>     v.<br><br>CITY OF SAN JOSE,<br><br>          Defendant. | Case No.: 11-cv-01752-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The case management conference currently scheduled for Wednesday, March 7, 2012, at 2:00 p.m., is hereby continued to April 19, 2012, at 1:30 p.m., immediately following the hearings on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Plaintiff's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: March 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge